## State of Connecticut *v.* George Blasko
### (13003)

Peters, C. J., Healey, Shea, Santaniello and Callahan, Js.

Argued January 14—judgment released January 27, 1987

*John M. Massameno,* assistant state's attorney, with whom, on the brief, were *John J. Kelly,* chief state's attorney, and *Domenick Galluzzo,* assistant state's attorney, for the appellant (state).

*Barbara Aaron,* with whom, on the brief, were *Albert J. McGrail* and *Patrick Tomasiewicz,* for the appellee (defendant).

PER CURIAM. The issue in this appeal is whether the 1985 reform of the procedures governing investigatory grand juries terminated the authority of grand juries that had been duly constituted before the effective date of Public Acts 1985, No. 85-611. Because the continuing validity of a number of pre-1985 grand juries is affected by our resolution of this issue, this is an unusual case demanding expedited resolution. Accordingly, we announce herewith our decision that Public Acts 1985, No. 85-611, as clarified by Public Acts 1986,

No. 86-317, did not revoke the authority of or alter the procedures governing investigatory grand juries that had been properly authorized before October 1, 1985. A full opinion will be filed in due course.

There is error, the judgment of dismissal is set aside and the case is remanded for further proceedings in accordance with this decision.